# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Eliazer D. Chapman,

    Plaintiff(s),

v.

City of Las Vegas, et al.,

    Defendant(s).

Case No. 2:25-cv-02227-___-NJK

**ORDER**

    Plaintiff filed a complaint and emergency motion for preliminary injunction. Docket Nos. 1, 2. As such, this case was referred to the magistrate judge opt-out consent program by error. *See* Docket No. 4 at 2 (General Order 2023-11). The Clerk's Office is **INSTRUCTED** to remove this case from the consent program and to assign a United States District Judge.

    IT IS SO ORDERED.

    Dated: November 14, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge