# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Eliazer D. Chapman,

                Plaintiff

v.

City of Las Vegas, et al.,

                Defendants

Case No. 2:25-cv-02227-CDS-NJK

**Order Granting Defendants'
Unopposed Motion to Dismiss**

[ECF No. 14]

On December 8, 2025, defendants Las Vegas City Attorney's Office, City of Las Vegas Department of Public Safety, and the City of Las Vegas, filed a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6). Mot., ECF No. 14. The deadline to respond to the dismissal motion was December 23, 2025. *See* Min. order, ECF No. 15; *see also* Local Rule 7-2(b) (stating that the deadline to file and serve any points and authorities in response to any motion other than one for summary judgment is fourteen days after service of the motion). The December 23rd deadline has now passed without any response, leaving the motion to dismiss unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem plaintiff's failure to respond to the motion to dismiss as consent to granting the motion.

IT IS THEREFORE ORDERED that the Las Vegas City Attorney's Office, City of Las Vegas Department of Public Safety, and the City of Las Vegas's motion to dismiss **[ECF No. 14] is GRANTED as unopposed**.

Dated: January 5, 2026

_____
Cristina D. Silva
United States District Judge