UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Eliazer D. Chapman, | Case No. 2:25-cv-002227-CDS-NJK |
| Plaintiff | **Order Dismissing and Closing Case** |
| v. | |
| Fremont Street Experience LLC, et al., | |
| Defendants | |

The complaint in this action was filed on November 12, 2025. ECF No. 1. On February 11, 2026, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to Fremont Street Experience LLC, Sergeant Jopalian, Officer C. Bryan, Officer S. Scott, Sergeant Hector, FSE Security, Steve LNU, and the President of Fremont Street Experience by February 25, 2026, the court would enter an order of dismissal. ECF No. 18. The deadline has now passed, and no proof of service is filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is kindly instructed to close this case.

Dated:  February 27, 2026

_____
Cristina D. Silva
United States District Judge